IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Kenneth A. Berry        : Chapter 13
                                 : Bankruptcy No.14-15273-elf
    Debtor(s)                    : Adv. No. 18-00282-elf
                                 : 11 U.S.C. § 362

Kenneth A. Berry
                    Debtor/Movant
    vs.
MTGLQ Investors, L.P. and
Rushmore Loan Management Services, LLC
                    Respondents
    and
William C. Miller, Esquire
                    Trustee
                RESPONDENTS

### STATEMENT OF RUSHMORE LOAN MANAGEMENT SERVICES, LLC AS ATTORNEY IN FACT FOR MTGLQ INVESTORS, L.P. REGARDING CORPORATE OWNERSHIP

The following entities directly own 10% or more of the Rushmore Loan Management Services, LLC:

   Name:      Roosevelt Management Company LLC
   Address:   1540 Broadway, Suite 1500, New York, NY 10036

There are no publicly held corporations that directly or indirectly own 10% or more of Rushmore Loan Management Services, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1-18-2019

Signature of Duly Authorized Representative

**Rushmore Loan Management Services LLC**

Roberto Montoya
Printed Name

Assistant Secretary
Title